IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION AT PLANO

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON E. MONEY, | § | CASE NO: 19-42741 |
| | § | |
| Debtor. | § | (Chapter 11) |

**DEBTOR'S MOTION TO RESET HEARING ON
APPLICATION TO EMPLOY BOWDICH & ASSOCIATES, PLLC
AS GENERAL BANKRUPTCY COUNSEL FOR DEBTOR-IN-POSSESSION**

TO THE HONORABLE BRENDA T. RHOADES:

Jason E. Money ("Debtor") hereby files his *Motion to Reset Hearing on Application to Employ Bowdich & Associates, PLLC as General Bankruptcy Counsel for the Debtor-in-Possession* (respectively the "Application" and the "Motion"). In support of this Motion, Debtor respectfully provides as follows:

I.
PRELIMINARY STATEMENT

1.     The Hearing *on Debtor's Application to Employ Bowdich & Associates, PLLC as General Bankruptcy Counsel for the Debtor-in-Possession* (the "Hearing") is presently set on November 5, 2019 at 1:30 pm pursuant to the *Notice of Hearing on Debtor's Application for Authority to Employ Bowdich & Associates, PLLC as General Bankruptcy Counsel for Debtor-In-Possession* [Doc. 27]. The Hearing is to be held at the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, in the courtroom of the Honorable Brenda T. Rhoades, 660 N. Central Expy., Suite 300B, Plano, Texas 75074.

2.     Debtor's counsel, John W. Bowdich, has a conflicting trial setting on November 5, 2019.

DEBTOR'S MOTION TO RESET HEARING                                                                                                1

3. On October 31, 2019, Debtor's counsel received approval from U.S. Trustee Marc F. Salitore of the United States Trustee's Office (the only objector to the Application) to reset the Hearing to December 17, 2019 at 1:30 pm. *See* Exhibit "A."

## II.
### REQUESTED RELIEF

4. Debtor requests that the Court reset the Hearing from November 5, 2019 to December 17, 2019 at 1:30 pm.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that the Court grant *Debtor's Motion to Reset Debtor's Hearing on the Motion to Employ Bowdich & Associates, PLLC as General Bankruptcy Counsel for Debtor-in-Possession* and to reset the Hearing to December 17, 2019 at 1:30 pm to be held at United States Bankruptcy Court for the Eastern District of Texas, Sherman Division, in the courtroom of the Honorable Brenda T. Rhoades, 660 N. Central Expy., Suite 300B, Plano, Texas 75074.

Respectfully submitted,

By: /s/ John W. Bowdich
JOHN W. BOWDICH

BOWDICH & ASSOCIATES, PLLC
10440 N. Central Expy., Suite 1540
Dallas, Texas 75231
(214) 307-9500 – Telephone
(214) 307-5137 – Telecopy
jbowdich@bowdichlaw.com
malagha@bowdichlaw.com

ATTORNEYS FOR THE DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on this November 1, 2019 a true and correct copy of the foregoing document was served electronically via the Court's ECF on all parties who have entered their appearance electronically, including the US Trustee, the only party to object to the Application.

By: _____
JOHN W. BOWDICH

## CERTIFICATE OF CONFERENCE

Movant's Counsel certifies that Debtor's counsel, through staff, contacted the U.S. Trustee, Marc. F. Salitore on October 31, 2019 regarding the relief sought herein and they were unopposed.

Certified to on the 31st day of October, 2019.

By: _____
JOHN W. BOWDICH