IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON E. MONEY, | § | CASE NO: 19-42741 |
| | § | |
| Debtor. | § | (Chapter 11) |

**ORDER GRANTING DEBTOR'S MOTION TO RESET HEARING ON APPLICATION TO EMPLOY BOWDICH & ASSOCIATES, PLLC AS GENERAL BANKRUPTCY COUNSEL FOR DEBTOR-IN-POSSESSION**

The Court considered Debtor's *Motion to Reset Hearing on Application to Employ Bowdich & Associates, PLLC as General Bankruptcy Counsel for the Debtor-in-Possession* (the "Motion"), any responses on file, as well as the pleadings and documents on file and hearing any arguments of counsel, the Court finds that good and sufficient cause exists for granting the Motion. Accordingly, it is hereby:

**ORDERED, ADJUGED AND DECREED** that:

1. The Motion is GRANTED as provided herein.

2. That the Hearing on *Debtor's Application to Employ Bowdich & Associates, PLLC as General Bankruptcy Counsel for the Debtor-in-Possession* is moved from November 5, 2019 to December 17, 2019 at 1:30 pm.

IT IS SO ORDERED.

_____
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

ORDER GRANTING MOTION TO RESET HEARING                    SOLO PAGE